No. 4918.—Santini Fertilizer Co., aplda., *v.* Gallardo, aplte.—C. D. San Juan. ▮▮▮▮▮▮▮▮ Abril 3, 1929. Presentada moción para que desestimemos la apelación que en el pleito del epígrafe fué interpuesta el 9 de enero de 1929: apareciendo que el 19 del mismo mes el apelante solicitó y obtuvo de la corte inferior una orden para que el taquígrafo hiciera la transcripción de sus notas taquigráficas sin que la haya radicado en dicha corte y sin que se haya solicitado prórroga con tal fin; que no ha sido radicada en este tribunal la certificación del legajo de la sentencia y que la parte apelante no se ha opuesto a la expresada moción: debemos desestimar y desestimamos esta apelación.

No. 4648.—Ramos y Negrón, peticionarios-apltes., *v.* Corte Municipal, aplda. y Ramos, interventor, apldo.—C. D. Arecibo. ▮▮▮▮▮▮ Abril 5, 1929. Celebrada hoy la vista de la moción de desestimación con asistencia e informe del abogado del interventor apelado. El apelante compareció personalmente y sometió el caso por los méritos de la oposición que ha radicado, y apareciendo que el alegato del apelante no cumple con las reglas del tribunal, pues no señala los errores en que puede fundarse la apelación, en corte abierta, el tribunal declaró con lugar la moción y en su consecuencia desestimó la apelación.

No. 3773.—El Pueblo, apldo. *v.* Romanacce, aplte.—C. D. Ponce. ▮▮▮▮▮▮ Abril 5, 1929. No siendo suficientes para que el Tribunal ejercite su discreción las razones alegadas por el apelante en su moción sobre nuevo término, no ha lugar; y apareciendo que no se ha radicado el alegato correspondiente, se desestima el recurso.